UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AISSATOU D. KOUNDOUL<br>SHALOME M. ODOKARA | CRIMINAL NO.  06CR-045 (EGS) |

## NOTICE OF ASSIGNMENT OF COUNSEL AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney John Carlin, telephone number (202) 353-2457, and this is notice of his appearance as counsel in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
John P. Carlin
Assistant United States Attorney
555 4th Street, N.W., Room 5235
Washington, DC 20530
(202) 353-2457

Dated: June 1, 2006